IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY OWENS,

    Petitioner,                    No. CIV S-08-0768 FCD GGH P

    vs.

ATTORNEY GENERAL, et al.,

    Respondents.          ORDER

_____/

        Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        After reviewing the petition, the court cannot determine whether petitioner is challenging a conviction or condition of confinement. Petitioner alleges that he was supposed to be on a bus to LA but they would not let him catch the bus. If petitioner is challenging a condition of confinement rather than the legality of a conviction or sentence, he should file a civil rights action instead. Because the court does not understand the nature of petitioner's claims, the petition is dismissed with leave to amend. See Rule 4, Federal Rules Governing Section 2254

1

Cases.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district;

3. The petition is dismissed with thirty days to file an amended petition; failure to comply with this order will result in the dismissal of this action.

DATED: 05/08/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ow768.101